UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYDNEY S. YAMASAKI,<br><br>                              Plaintiff,<br><br>          -against-<br><br>SONDER USA INC., et al.,<br><br>                              Defendants.<br><br>METRO LOFT MANAGEMENT LLC, et al.,<br><br>                              Third Party Plaintiffs,<br><br>          -against-<br><br>THE PACE COMPANIES NEW YORK, INC., et al.,<br><br>                              Third Party Defendants. | 1:21-cv-02158 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

On September 20, 2022, the Court ordered the parties to file a joint letter within two weeks. ECF No. 92. The deadline for that filing has now passed and no letter has been filed. Accordingly, the parties shall file such letter promptly but at least by **October 24, 2022**.

Dated: October 18, 2022
         New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge